WILLIS JOSEPH CAIN, Appellant, *v.* SHERIFF, CLARK COUNTY, NEVADA, Respondent.

No. 7507

October 25, 1973        514 P.2d 1293

*Morgan D. Harris,* Public Defender, and *William H. Whitehead,* Deputy Public Defender, Clark County, for Appellant.

*Robert List,* Attorney General, Carson City; *Roy A. Woofter,* District Attorney, and *Lawrence R. Leavitt,* Deputy District Attorney, Clark County, for Respondent.

**OPINION**

*Per Curiam:*

The only cognizable issue in this appeal was considered and rejected in Bain v. Sheriff, 88 Nev. 699, 504 P.2d 695 (1972).

The order of the trial court is affirmed.